Jordan Susman, Esq. (SBN 246116)
jsusman@nolanheimann.com
Margo Arnold, Esq. (SBN 278288)
marnold@nolanheimann.com
NOLAN HEIMANN LLP
16133 Ventura Boulevard, Suite 820
Encino, California 91436
Telephone: (818) 574-5710
Facsimile: (818) 574-5689

Attorneys for Plaintiffs Clint Eastwood
and Garrapata, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT EASTWOOD, an individual; GARRAPATA, LLC, a California limited liability company, | Case No.: |
| Plaintiffs, | **COMPLAINT FOR DAMAGES** |
| vs. | 1. VIOLATION OF CALIFORNIA CIVIL CODE SECTION 3344; |
| SERA LABS, INC., a Delaware corporation; GREENDIOS dba EUPHORIC, a California corporation; FOR OUR VETS, LLC dba PATRIOT SUPREME, an Arizona limited liability company; DOES 1-30, inclusive, | 2. VIOLATION OF COMMON LAW RIGHT OF PUBLICITY; 3. FALSE ENDORSEMENT UNDER THE LANHAM ACT (15 U.S.C. § 1125(A)); 4. TRADEMARK INFRINGEMENT (15 U.S.C. § 1114(1)(A)); |
| Defendants. | 5. COMMON LAW TRADEMARK INFRINGEMENT; 6. DEFAMATION; 7. FALSE LIGHT INVASION OF PRIVACY |
| | **DEMAND FOR JURY TRIAL** |

-1-

COMPLAINT

Plaintiffs Clint Eastwood and Garrapata, LLC, by and through their undersigned attorneys, allege upon knowledge as to themselves and their own acts and allege upon information and belief as to all other matters, bring this Complaint.

## INTRODUCTION

1.     For more than 60 years, Clint Eastwood has been one of the most famous actors, producers, and directors in the world.  Mr. Eastwood is fiercely protective of his name and image, and has rarely licensed either for the promotion of products outside of the movies he acted in or directed.  Like many of his most famous characters, Mr. Eastwood is not afraid to confront wrongdoing and hold accountable those that try to illegally profit off his name or likeness.  Indeed, Mr. Eastwood previously litigated and won a jury trial against the National Enquirer, which was affirmed on appeal, after the tabloid falsely claimed to have exclusively interviewed Mr. Eastwood and misappropriated his name, likeness, and personality to promote and sell its product.

2.     This action arises from an online scam that uses a false, defamatory, and wholly fabricated "news article" about Mr. Eastwood to promote and sell cannabidiol ("CBD") products.  Under the headline "Big Pharma In Outrage Over Clint Eastwood's CBD: [Name of CBD Product] - He Fires Back With This!", the fraudulent "article" prominently features photographs of Mr. Eastwood and references a fabricated interview with Mr. Eastwood in which he touts his purported line of CBD products. In truth, Mr. Eastwood has no connection of any kind whatsoever to any CBD products and never gave such an interview.  Examples of the fraudulent "article" are below and attached hereto as **Exhibits 1** and **2**.





3.      The fraudulent "article" also contains fabricated quotes from Mr. Eastwood and false allegations that "he would be stepping away from the spotlight to put more time into his wellness business" and "relations with some studios grew so tense that they ended up giving him an ultimatum - acting or his wellness line"—all of which are demonstrably untrue.

4.      The fraudulent "article" contains links to purchase what it claims are Mr. Eastwood's line of CBD products, thereby allowing the defendants to illegally profit from their misuse of Mr. Eastwood's name, likeness, and false association with their products.

5.      The unlawful actions by the defendants amount to a willful and conscious disregard for Mr. Eastwood's rights, are knowingly false, and are intentionally designed to capitalize on the goodwill, recognition, and fame associated with Mr. Eastwood.

6.      By this action, Mr. Eastwood seeks to hold accountable the persons and entities that wrongfully crafted this scheme, spread false and malicious statements of facts about him, and illegally profited off of his name and likeness.

**PARTIES**

7.     Plaintiff Clint Eastwood is an individual and resident of Los Angeles County, California.

8.     Plaintiff Garrapata, LLC ("Garrapata") is a California limited liability company with its principal place of business in Los Angeles County, California.  By assignment from Mr. Eastwood, Garrapata holds all trademarks related to Mr. Eastwood and Mr. Eastwood's name and likeness rights apart from those he grants in connection with the promotion and exploitation of the films he makes.  Garrapata and Mr. Eastwood are referred to collectively herein as "Plaintiffs."

9.     Defendant Sera Labs, Inc. is a Delaware corporation with its principal place of business in Los Angeles County, California.  It is the manufacturer, distributor, and seller of CBD products called Sera Relief.

10.     Defendant Greendios is a California corporation that does business as Euphoric with its principal place of business in Los Angeles County, California.  It is the manufacturer, distributor, and seller of CBD products called Euphoric CBD.

11.     Defendant For Our Vets, LLC is an Arizona limited liability company that does business as Patriot Supreme with its principal place of business in Maricopa County, Arizona. It is the manufacturer, distributor, and seller of CBD products called Patriot Supreme.

12.     Plaintiffs are unaware of the true names and capacities of defendants, whether individual, corporate, associate, or otherwise, named herein as Does 1 through 30, inclusive, and therefore sue said defendants by such fictitious names (the "Doe Defendants"). Plaintiffs will seek leave to amend this Complaint to state when their true names and capacities are ascertained. (All of the Defendants, including the Doe Defendants, collectively are referred to herein as "Defendants").

13.     At all times mentioned in this Complaint, all of the Defendants acted in concert to knowingly cause, facilitate, control, induce, or otherwise participate in the

-4-

COMPLAINT

wrongful conduct alleged herein.

## JURISDICTION AND VENUE

14.     The Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a). This is a civil action arising under federal law, the Lanham Act of 1946 as amended (codified at 15 U.S.C. §§ 1051, *et seq*.). The pendent state law claims are so related to the federal claims that they form part of the same case or controversy pursuant to Article III of the United States Constitution. The Court therefore has supplemental jurisdiction over those claims pursuant to 28 U.S.C. § 1367(a).

15.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) for several independent reasons, including: several of the Defendants "reside" in this judicial district for venue purposes under 28 U.S.C. § 1391(c)(2); a substantial part of the events or omissions giving rise to the claims occurred in this district.

## GENENRAL ALLEGATIONS

### Clint Eastwood

16.     Clint Eastwood is recognized around the world as an icon of the entertainment industry.  After rising to fame in the 1950s as the star of the TV series *Rawhide*, Mr. Eastwood became one of the world's biggest movie stars with his roles as the "Man With No Name" in a series of Westerns in the late 1960s and the *Dirty Harry* films of the 1970s and 80s.  In 1971, Mr. Eastwood directed his first of more than 30 motion pictures, including the Academy Award winning Best Pictures *Unforgiven* (1992) and *Million Dollar Baby* (2004).  In addition to his successful career in the entertainment industry, Mr. Eastwood served as the mayor of Carmel-by-the-Sea in the late-1980s.  In 2006, Mr. Eastwood was inducted into the California Hall of Fame located at The California Museum for History, Women, and the Arts. According to fellow Academy Award winner Sean Penn, Mr. Eastwood "has become cinema's Mount Rushmore . . . [and] the embodiment of American film."

17.     Mr. Eastwood has a long-standing history of rejecting third party

licenses.  With rare exception, Mr. Eastwood reserves the exploitation of his

personality rights and the goodwill associated therewith for his motion pictures and

other entertainment related projects, and for business ventures in which he is

personally involved.

18.    Mr. Eastwood does not have, and never has had, any association with the

manufacture, promotion, and/or sale of any CBD products.

## The Fraudulent Article

19.    Among the top results of an online search for "Clint Eastwood CBD" is

a website for go.ushealthynews.com, with the headline "Big Pharma in Outrage over

Clint Eastwood's CBD."  Below and attached hereto as **Exhibit 3** is a true and

correct image of such a Google search.



20.    In addition, Defendants send emails with the subject line, "Clint

Eastwood Exposes Shocking Secret Today."  In the body of the email is an apparent

article from NBC's Today show with a picture of Mr. Eastwood under the headline

"Breaking News: Clint Eastwood Exposes Shocking Secret Today."  Below and

attached hereto as **Exhibit 4** is a true and correct copy of one of the spam emails.

COMPLAINT

From: Insider News Channel <subscriptions@shakerrica.casa>
Sent: Tuesday, July 7, 2020 7:33 AM
Subject: Clint Eastwood Exposes Shocking Secret Today

**Breaking News:** Clint Eastwood Exposes Shocking Secret Today

No One Expected This!
{Continue Reading}

To unsubscribe click here.
Or write to:
999 Corporate Dr., Suite 100 Ladera Ranch , CA 92694

21.     When one clicks on the link for go.ushealthynews.com in the online search results or the purported Today show report in the spam email, it takes the consumer to a website featuring a fraudulent "news article" purportedly written by a journalist named Alice Palmer that is automatically programmed to appear as if the article was published on the date that a user views the website.  The content of the article generally remains the same, even when the header of the website varies.  For example, the website URL is sometimes allocated to www.go.ushealthynews.com, but the header of the website sometimes makes it appear as if it was published by "Entertainment Today."  Other times, the website URL is allocated to usmagazine-trending-news.com to make it appear that the article is associated with US Weekly magazine.  Attached as **Exhibits 1, 2, 5, 6, 7, 8, 9** are examples of the fraudulent "article".

22.     The CBD products advertised and sold on the fraudulent "article" include Sera Relief (**Exhibit 1**), Euphoric CBD (**Exhibit 2, 5, 6**), and Patriot Supreme (**Exhibit 8**).

23.     Other than the names of the products being advertised and sold, the verbiage of the fraudulent "article" does not change substantially, stating among

-7-

COMPLAINT

other things:

> In an emotional 1-on-1 interview, one of America's most respected icons revealed that he wouldn't be where he is without CBD. We all know and love Clint Eastwood as the charismatic actor and director who has never been shy about advocating for marijuana use. He has always been focused on making movies, going on tour, and promoting America. However, he shocked everyone when he announced his new CBD line, [CBD product], would be the next step in his career.
>
> In recent developments, Eastwood revealed that he would be stepping away from the spotlight to put more time into his wellness business, now that it has grown so fast:
>
> "This was a really, really difficult decision for me. When I started this whole thing back in 2015, it really was just a part time passion project and a way for me to give back. Now here we are almost 5 years later and [CBD product] has steadily grown into a full-fledged business that's helped thousands of people become pain free and much happier. My line gives me a chance to do something bigger than movies and I knew I would regret it for the rest of my life if I let that opportunity pass me by."
>
> Eastwood went on to say that he never really expected things to get this big and that several studios and sponsors were furious that he was splitting up his time. In fact, relations with some studios grew so tense that they ended up giving him an ultimatum - acting or his wellness line. . . .
>
> The product Eastwood is referring to is his breakthrough CBD wellness line [CBD product]. The star has spent the past four years developing a line of highly effective and highly potent wellness products that he claims are the solution for those who don't want to resort to using opiates.
>
> His product [CBD product] sold out within ten minutes when first launched and it seems the world can't get enough of the benefits and results.

-8-

Eastwood even admitted that big pharma companies are furious with him after noticing a large decline in sales since [CBD product] was launched on the market.

"Users of [CBD product] are experiencing results that before now were only possible through prescription medication. It's obviously a much cheaper, and safer alternative and because of that pharmaceutical companies are finding it harder to keep patients using their prescriptions."

Having a crowd of angry pharmaceutical companies is a unique and effective endorsement for [CBD product], but Eastwood has still been proactive in getting [CBD product] into the hands of those who need it. . . .

While making an appearance on 'TV Show' he gifted the cast and crew with [CBD product] products and made sure every guest was given a sample of the life changing supplement. Since then, he has cultivated a huge celebrity clientele who are regularly reordering the products. See for yourself!

24.     The fraudulent "article" further states: "Eastwood's new line has been a huge hit amongst fellow celebs who got to try the initial launch of [CBD product]" followed by a series of false testimonials from Terry Bradshaw, Sam Elliott, Michael J. Fox, and Garth Brooks about Mr. Eastwood's purported CBD product.  The fraudulent "article" concludes with a false claim that "Eastwood is offering our lucky readers the chance to try [CBD product]!" and urging people to purchase the product.

25.     Links on the webpage allow the viewer to purchase the CBD products being touted by Mr. Eastwood.

## FIRST CLAIM FOR RELIEF

### (Violation of Cal. Civ. Code § 3344 – Garrapata Against All Defendants)

26.     Plaintiffs incorporate all prior allegations of this Complaint by this reference.

27.     Garrapata is the owner of the rights of publicity in Mr. Eastwood's

-9-

name, image, likeness, and persona for all purposes, other than those related to the promotion and exploitation of the motion pictures Mr. Eastwood makes.

28.     Defendants have willfully and without authorization used Mr. Eastwood's name, image, likeness, and persona for commercial purposes, to advertise CBD products including Sera Relief, Euphoric CBD, and Patriot Supreme, which are manufactured, distributed and/or sold by Defendants and each of them.

29.     Defendants' unauthorized use of Mr. Eastwood's name, image, likeness, and persona constitute a commercial misappropriation in violation of Section 3344 of the California Civil Code.

30.     As a direct and proximate result of Defendants' wrongful conduct, Garrapata has suffered, and will continue to suffer, damages in an amount to be proven at trial.

31.     Defendants have further been unjustly enriched by their misappropriation of Mr. Eastwood's statutory right of publicity. Accordingly, Garrapata is entitled to restitution of all income, profits, and other benefits resulting from Defendants' conduct, in an amount to be determined according to proof at trial.

32.     Defendants' actions as alleged herein were malicious, oppressive, and fraudulent, and done with the intent to injure Plaintiffs and with a willful and conscious disregard for Garrapata's rights. As a result, Garrapata is entitled to recover from Defendants punitive and exemplary damages in an amount sufficient to punish and deter them and others from engaging in such acts in the future.

**SECOND CLAIM FOR RELIEF**

**(Violation of Common Law Right of Publicity – Garrapata Against All Defendants)**

33.     Plaintiffs incorporate all prior allegations of this Complaint by this reference.

34.     Garrapata is the owner of the common law rights of publicity in Mr.

-10-

COMPLAINT

Eastwood's name, image, likeness, and persona necessary for endorsement deals.

35.     Defendants have willfully and without authorization used Mr. Eastwood's name, image, likeness, and persona for commercial purposes, to advertise and promote the sale of CBD products including Sera Relief, Euphoric CBD, and Patriot Supreme, which are manufactured, distributed and/or sold by Defendants and each of them.

36.     Defendants' unauthorized use of Mr. Eastwood's name, image, likeness, and persona constitutes a violation of California's common law right of publicity.

37.     As a direct and proximate result of Defendants' wrongful conduct, Garrapata has suffered, and will continue to suffer, damages in an amount to be proven at trial.

38.     Defendants have further been unjustly enriched by their infringement of Plaintiffs' common law right of publicity. Accordingly, Garrapata is entitled to restitution of all income, profits, and other benefits resulting from Defendants' conduct, in an amount to be determined according to proof at trial.

39.     Defendants' actions as alleged above were malicious, oppressive, and fraudulent, and done with the intent to injure Plaintiffs and with a willful and conscious disregard for Garrapata's rights. As a result, Garrapata is entitled to recover from Defendants punitive and exemplary damages in an amount sufficient to punish and deter Defendants and others from engaging in such acts in the future.

**THIRD CLAIM FOR RELIEF**

**(False Endorsement (15 U.S.C. § 1125(a)) – Garrapata Against All Defendants)**

40.     Plaintiffs incorporate all prior allegations of this Complaint by this reference.

41.     Garrapata is the owner of the statutory and common law rights associated with Mr. Eastwood's name, image, likeness, and persona necessary for endorsement deals, including Mr. Eastwood's right to decide whether to associate

-11-

1  Mr. Eastwood's name, image, likeness, or persona with any third party for purposes
2  relating to sponsorship and/or endorsement.

3       42.    Defendants used distinctive attributes of Mr. Eastwood's persona,
4  including his name, image, and likeness without permission by posting online a false
5  "news article" that included images of Mr. Eastwood and false quotes from Mr.
6  Eastwood and other celebrities regarding a purported line of CBD products created
7  by Mr. Eastwood.

8       43.    Defendants' unauthorized uses constitute false or misleading
9  representations of fact to falsely imply the endorsement of Defendants' businesses
10 and products by Mr. Eastwood.

11      44.    Defendants' unauthorized uses of Mr. Eastwood's persona are likely to
12 confuse and deceive consumers as to Mr. Eastwood's sponsorship and/or
13 endorsement of Defendants' CBD products. Specifically, Defendants' use of Mr.
14 Eastwood's name, image, and likeness is likely to cause consumers to mistakenly
15 believe that Mr. Eastwood is associated with Defendants' CBD products, or that he
16 sponsors or endorses Defendants' products.

17      45.    As a direct and proximate result of the acts of false endorsement set
18 forth above, Garrapata has suffered actual damages in an amount to be proven at trial.

19      46.    Garrapata is entitled to the full range of relief available under the
20 Lanham Act, 15 U.S.C. § 1117, including, without limitation, an award of actual
21 damages and the disgorgement of Defendants' profits arising from their false or
22 misleading acts.

23      47.    Defendants' conduct further renders this an "exceptional" case within
24 the meaning of the Lanham Act, thus entitling Garrapata to an award of attorneys'
25 fees and costs.

26      48.    Defendants committed the unauthorized acts described above knowing
27 that they are likely to cause consumers to falsely believe that Mr. Eastwood endorses
28

-12-

COMPLAINT

Defendants' brands and products. Defendants have thus willfully, knowingly, and maliciously deceived and confused the relevant consuming public, such that Garrapata is entitled to an award of treble damages.

## FOURTH CLAIM FOR RELIEF

### (Trademark Infringement (15 U.S.C. § 1114(1)) – Garrapata Against All Defendants)

49.    Plaintiffs incorporate all prior allegations of this Complaint by this reference.

50.    Garrapata has selectively used the trademark CLINT EASTWOOD in commerce in connection with products and services.

51.    Garrapata owns a federally registered trademark U.S. Registration No. 3265483 in Mr. Eastwood's name for "Entertainment services, namely, personal appearances and live performance and live recorded performances by a movie star and actor" (the "Registered Mark"). A true and correct copy of Garrapata's Trademark Certificate from the United States Patent and Trademark Office is attached hereto as **Exhibit 10**.

52.    The Registered Mark is a valid trademark owned by Garrapata. Additionally, by virtue of Mr. Eastwood's longstanding and continuous use of the Registered Mark in commerce, Garrapata has acquired a valid common law trademark in Mr. Eastwood's name. The public has come to recognize the Registered Mark as exclusively identifying Mr. Eastwood, and the mark is famous worldwide.

53.    Defendants infringed Garrapata's registered and common law trademarks by using the mark on the internet, including the fraudulent "article," to promote Defendants' brands and to sell their CBD products.

54.    Defendants' unauthorized use of Garrapata's registered and common law trademarks are likely to confuse and deceive consumers as to the origin, sponsorship, and/or endorsement of Defendants' CBD brands and products.

Specifically, Defendants' use of Mr. Eastwood's name and mark is likely to cause consumers to mistakenly believe that Mr. Eastwood is associated with Defendants, or that he sponsors or endorses Defendants' products.

55.     As a direct and proximate result of the acts of trademark infringement set forth above, Garrapata has suffered actual damages in an amount to be proven at trial.

56.     Garrapata is entitled to the full range of relief available under the Lanham Act, 15 U.S.C. § 1117, including, without limitation, an award of actual damages and the disgorgement of Defendants' profits arising from the acts of trademark infringement.

57.     Defendants' conduct further renders this an "exceptional" case within the meaning of the Lanham Act, thus entitling Garrapata to an award of attorneys' fees and costs.

58.     Defendants committed the infringement described above knowing that their unauthorized use of the CLINT EASTWOOD trademark is likely to cause consumer confusion. Defendants have thus willfully, knowingly, and maliciously deceived and confused the relevant consuming public, such that Garrapata is entitled to an award of treble damages.

**FIFTH CLAIM FOR RELIEF**

**(Common Law Trademark Infringement – Garrapata Against All Defendants)**

59.     Plaintiffs incorporate all prior allegations of this Complaint by this reference.

60.     Garrapata owns a valid common law trademarks in CLINT EASTWOOD for use in connection with the promotion of products and services in the entertainment industry.

61.     The Registered Trademark is likewise a valid trademark owned by Garrapata.

62.     The public has come to recognize the CLINT EASTWOOD mark as exclusively identifying Mr. Eastwood, and the mark is famous worldwide.

63.     Defendants have infringed Garrapata's trademark by using the mark on the internet, including the fraudulent "article," to promote Defendants' brands and sale of CBD products.

64.     Defendants' unauthorized use of Garrapata's trademark is likely to confuse and deceive consumers as to the origin, sponsorship, and/or endorsement of Defendants' brands and products. Specifically, Defendants' use of Garrapata's mark is likely to cause consumers to mistakenly believe that Mr. Eastwood is associated with Defendants and/or that he sponsors or endorses Defendants' products.

65.     As a direct and proximate result of the acts of trademark infringement set forth above, Garrapata has suffered actual damages in an amount to be proven at trial.

66.     Defendants acted with fraud, oppression, or malice in infringing Garrapata's mark as alleged above. As such, in addition to the other relief sought herein, Garrapata is entitled to an award of punitive damages.

## SIXTH CLAIM FOR RELIEF

### (Defamation – Mr. Eastwood Against All Defendants)

67.     Plaintiffs incorporate all prior allegations of this Complaint by this reference.

68.     The fraudulent "article" contains false statements of fact, including without limitation:

   a. "In an emotional 1-on-1 interview, one of America's most respected icons revealed that he wouldn't be where he is without CBD";

   b. "We all know and love Clint Eastwood as the charismatic actor and director who has never been shy about advocating for marijuana use";

   c. "[Mr. Eastwood] shocked everyone when he announced his new CBD

line, [CBD product], would be the next step in his career";

d. "Eastwood revealed that he would be stepping away from the spotlight to put more time into his wellness business";

e. "several studios and sponsors were furious that he was splitting up his time";

f. "relations with some studios grew so tense that they ended up giving him an ultimatum - acting or his wellness line";

g. "The product Eastwood is referring to is his breakthrough CBD wellness line [CBD product]";

h. "The star has spent the past four years developing a line of highly effective and highly potent wellness products that he claims are the solution for those who don't want to resort to using opiates";

i. "Eastwood even admitted that big pharma companies are furious with him after noticing a large decline in sales since [CBD product] was launched on the market";

j. "Eastwood has still been proactive in getting [CBD product] into the hands of those who need it";

k. "While making an appearance on 'TV Show' he gifted the cast and crew with [CBD product] and made sure every guest was given a sample of the life changing supplement";

l. "he has cultivated a huge celebrity clientele who are regularly reordering the products";

m. "Eastwood's new line has been a huge hit amongst fellow celebs who got to try the initial launch of [CBD product]";

n. "Eastwood didn't want our readers to miss out on experiencing the benefits of [CBD product] for themselves";

o. "Eastwood is offering our lucky readers the chance to try [CBD

1    product]!'";

2        p.    "Eastwood can only offer a limited amount of special bottles so you'll

3              need to act quickly to take advantage of this amazing offer".

4    69.    The fraudulent "article" also contains false statements of fact that are

5    attributed to Mr. Eastwood himself, including: "'When I started this whole thing back

6    in 2015, it really was just a part time passion project and a way for me to give back.

7    Now here we are almost 5 years later and [CBD product] has steadily grown into a

8    full-fledged business that's helped thousands of people become pain free and much

9    happier. My line gives me a chance to do something bigger than movies and I knew I

10   would regret it for the rest of my life if I let that opportunity pass me by.'"

11   70.    The fraudulent "article" also contains false statements of fact that are

12   attributed to other celebrities including, Terry Bradshaw ("'Eastwood gave me a

13   sample of [CBD product]") and Michael J. Fox ("'The advances Eastwood has made

14   in the CBD industry are remarkable.'").

15   71.    The statements in the foregoing paragraphs 68 through 70, which are

16   referred to collectively herein as the "False Statements," are unprivileged, false, and

17   defamatory.

18   72.    The False Statements are of and concerning Mr. Eastwood in that they

19   falsely allege that Mr. Eastwood (1) uses CBD products; (2) attributes his health

20   and/or successful career to his purported use of CBD products; (3) developed and

21   announced a line of CBD products; (4) CBD products would be the next step in Mr.

22   Eastwood's career; (5) will step away from his entertainment career to put more time

23   into his purported wellness business; (6) started a purported CBD business in 2015 as

24   a passion project; (7) his purported CBD products are a full-fledged business; (8) film

25   studios and sponsors are angry that Mr. Eastwood is splitting his time on his

26   purported CBD business; (8) some film studios gave Mr. Eastwood an ultimatum; (9)

27   pharmaceutical companies are angry with Mr. Eastwood because of his purported

28

-17-

CBD products; (10) has been proactive in delivering his purported CBD products to people including other celebrities; (11) is selling his purported CBD products online through the fraudulent "article's" websites.

73.     The False Statements were made with actual malice in that they were made with knowledge of their falsity and/or in reckless disregard for the truth.

74.     The False Statements exposed Mr. Eastwood to hatred, contempt, ridicule, and obloquy and/or harmed Mr. Eastwood in his trade or profession.

75.     As a direct and proximate result of Defendants' conduct, Mr. Eastwood has suffered general and special damages in an amount to be determined at trial.

76.     The creators and publishers of the False Statements acted with malice or reckless disregard for Mr. Eastwood's rights, thereby justifying an award of punitive damages.

77.     Unless enjoined and restrained by the Court, Defendants will republish, repeat and continue to disseminate the False Statements to the continuing injury of Mr. Eastwood.  Such continued republication, repetition, and dissemination of the False Statements will cause irreparable harm to Mr. Eastwood.  Mr. Eastwood lacks an adequate remedy at law insofar as damages will be very difficult to calculate for such on-going injuries. By reason of the foregoing, Mr. Eastwood is entitled to preliminary and permanent injunctions enjoining and restraining Defendants, and all persons acting in concert with them, from republishing, repeating, distributing or otherwise disseminating the False Statements set forth herein.

## SIXTH CLAIM FOR RELIEF

### (False Light Invasion of Privacy – Mr. Eastwood Against All Defendants)

78.     Mr. Eastwood incorporates all prior allegations of this Complaint by this reference.

79.     Defendants published the False Statements set forth in Paragraphs 68 through 70 herein.

-18-

80.     The False Statements are of and concerning Mr. Eastwood in that they allege that Mr. Eastwood (1) uses CBD products; (2) attributes his health and/or successful career to his purported use of CBD products; (3) developed and announced a line of CBD products; (4) CBD products would be the next step in Mr. Eastwood's career; (5) will step away from his entertainment career to put more time into his purported wellness business; (6) started a purported CBD business in 2015 as a passion project; (7) his purported CBD products are a full-fledged business; (8) film studios and sponsors are angry that Mr. Eastwood is splitting his time on his purported CBD business; (8) some film studios gave Mr. Eastwood an ultimatum; (9) pharmaceutical companies are angry with Mr. Eastwood because of his purported CBD products; (10) has been proactive in delivering his purported CBD products to people including other celebrities; (11) is selling his purported CBD products online through the fraudulent "article's" websites.

81.     The False Statements are unprivileged and false.

82.     To the extent that all or any of the False Statements are found not to be defamatory of Mr. Eastwood, the False Statements place Mr. Eastwood in a false light which would be highly offensive to a reasonable person in Mr. Eastwood's position.

83.     The False Statements were made with actual malice in that they were made with knowledge of their falsity and/or in reckless disregard for the truth.

84.     As a direct and proximate result of Defendants' conduct, Mr. Eastwood has suffered general and special damages in an amount to be determined at trial.

85.     The creators and publishers of the False Statements acted with malice or reckless disregard for Mr. Eastwood' rights, thereby justifying an award of punitive damages.

86.     Unless enjoined and restrained by the Court, Defendants will republish, repeat and continue to disseminate the False Statements to the continuing injury of

Mr. Eastwood.  Such continued republication, repetition, and dissemination of the False Statements will cause irreparable harm to Mr. Eastwood.  Mr. Eastwood lacks an adequate remedy at law insofar as damages will be very difficult to calculate for such on-going injuries. By reason of the foregoing, Mr. Eastwood is entitled to preliminary and permanent injunctions enjoining and restraining Defendants, and all persons acting in concert with them, from republishing, repeating, distributing or otherwise disseminating the False Statements set forth herein.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment as follows:

1.      On all Claims for Relief, for an award of actual and compensatory damages in the millions of dollars according to proof;

2.      On the First through Fifth Claims for Relief, for the disgorgement of Defendants' profits attributable to the infringement of Garrapata's intellectual property rights and rights of publicity;

3.      On the First, Second, Sixth, and Seventh Claims for Relief, for an award of punitive damages in an amount sufficient to deter unlawful conduct by Defendants in the future;

4.      On the Third and Fourth Claims for Relief, for treble damages;

5.      For preliminary and permanent injunctions restraining and enjoining Defendants, and all persons acting in concert with them, from using Mr. Eastwood's name, images, likeness, persona, and trademarks;

6.      For preliminary and permanent injunctions restraining and enjoining Defendants, and all persons acting in concert with them, from republishing, repeating, distributing, or otherwise disseminating the False Statements set forth herein;

7.      For pre-judgment and post-judgment interest according to proof and to

-20-

COMPLAINT

the maximum extent allowed by law;

       8.     For attorneys' fees and costs; and

       9.     For such other and further relief as the Court may deem just and proper.

Dated: July 22, 2020               NOLAN HEIMANN LLP

                               By: _____
                               Jordan Susman
                               Attorneys for Plaintiffs
                               Clint Eastwood
                               and Garrapata, LLC

-21-

COMPLAINT

## **DEMAND FOR JURY TRIAL**

Pursuant to Local Rule 38-1, Plaintiffs hereby demand a trial by jury on all issues so triable.

Dated: July 22, 2020

NOLAN HEIMANN LLP

By: _____
Jordan Susman
Attorneys for Plaintiffs
Clint Eastwood
and Garrapata, LLC

-22-

COMPLAINT