# EXHIBIT 1

**NEWS**

Home | Video | Politics | U.S. | Opinion | Entertainment | Tech | Science | Health | Travel | Lifestyle | World | Sports | On Air

HEALTH

# Big Pharma In Outrage Over Clint Eastwood's CBD: Sera Relief CBD Gummies - He Fires Back With This!

 By Alice Palmer, Wednesday, May 6, 2020



**In an emotional 1-on-1 interview, one of America's most respected icons revealed that he wouldn't be where he is without CBD.**

We all know and love Clint Eastwood as the charismatic actor and director who has never been shy about advocating for marijuana use. He has always been focused on making movies, going on tour, and promoting America. However, he shocked everyone when he announced his new CBD line, Sera Relief CBD Gummies, would be the next step in his career.

In recent developments, Eastwood revealed that he would be stepping away from the spotlight to put more time into his wellness business, now that it has grown so fast:

> "This was a really, really difficult decision for me. When I started this whole thing back in 2015, it really was just a part time passion project and a way for me to give back. Now here we are almost 5 years later and Sera Relief CBD Gummies has steadily grown into a full-fledged business that's helped thousands of people become pain free and much happier. My line gives

Mariane from Chicago, US ordered:
Sera Relief CBD Gummies Bottle - 8 seconds ago

Eastwood revealed that it took many things to get this big and that several sacrifices had to be made in splitting up his time. In fact, relations with some studios grew so tense that **they ended up giving him an ultimatum** -

## YOU MAY ALSO LIKE



We Say Goodbye To Lebron James

BREAKING NEWS

Fans in mourning as tragedy comes to Hollywood... [READ MORE]

## READERS RESULTS



"The Sera Relief CBD Gummies the absolute best CBD product I've ever tried. Thought my days of feeling young were long gone. I can't thank you enough for this!"

Lacey Johnson, New York, NY



333 people are reading this report right now    x

relations with some studios grew so tense that **they ended up giving him an ultimatum** acting or his wellness line.

He knew he would receive scrutiny from fans and sponsors for quitting, but he felt it was time to work on something that would positively change the lives of millions of people.



Eastwood appears on *TV Show* to announce his biggest project yet

The product Eastwood is referring to is his breakthrough CBD wellness line Sera Relief CBD Gummies. The star has spent the past four years developing a line of highly effective and highly potent wellness products that he claims are the solution for those who don't want to resort to using opiates.

**His product Sera Relief CBD Gummies sold out within ten minutes when first launched** and it seems the world can't get enough of the benefits and results.

Eastwood even admitted that big pharma companies are furious with him after noticing a large decline in sales since Sera Relief CBD Gummies was launched on the market.

> "Users of Sera Relief CBD Gummies are experiencing results that before now were only possible through prescription medication. It's obviously a much cheaper, and safer alternative and because of that pharmaceutical companies are finding it harder to keep patients using their prescriptions."

Having a crowd of angry pharmaceutical companies is a unique and effective endorsement for Sera Relief CBD Gummies, but Eastwood has still been proactive in getting Sera Relief CBD Gummies into the hands of those who need it.

Sera Relief CBD Gummies **has been found to have a positive impact on key body functions including - neurological, physical, and psychological.**

Th

Mariane from Chicago, US ordered:
**Sera Relief CBD Gummies Bottle - 8 seconds ago**

- Supports Joint Health



"I've been trying to get rid of my joint pain for decades. I can finall[y] live a normal life thanks to this!"
**Clifton Carter, Austin, TX**

*Sera Relief CBD Gummies*



Try Sera Relief CBD Gummies n[ow]

"For the first time in forever I am finally happy when I look in the mirror every morning. I haven't fe[lt] this good in decades!"
**Lucas Gordon, Philadelphia, P[A]**



333 people are reading this report right now    x

25

- Reduces Anxiety
- Reduces Headaches
- Reduces Blood Sugar
- Supports Cognitive Health
- Antioxidant Support

While making an appearance on '*TV Show*' he gifted the cast and crew with Sera Relief CBD Gummies products and made sure every guest was given a sample of the life changing supplement. Since then, he has cultivated a huge celebrity clientele who are regularly reordering the products. See for yourself!

## Eastwood's new line has been a huge hit amongst fellow celebs who got to try the initial launch of Sera Relief CBD Gummies.

"Thank God I didn't go through with that surgery… I got the same results, for less than a cup of coffee!"

**Jim McKale, Seattle, WA**



"I've only been using Sera Relief CBD Gummies for 2 weeks, and love it!!!!!!!! I have seen a visible change in my appearance and physical health, best of all my husband complimented me after just 2 weeks!!!!!"

**Carol Keeton, Denver, CO**



### Terry Bradshaw

"I started a new prescription my doctor suggested and had several negative side effects. Eastwood gave me a sample of Sera Relief CBD Gummies and the product is a miracle worker. It only took a few days for me to notice the difference."



Mariane from Chicago, US ordered:
**Sera Relief CBD Gummies Bottle - 8 seconds ago**

333 people are reading this report right now ✕



### Sam Elliott

"The absolute CURE for aching feet on the red carpet. This miracle makes a long evening or day much more fun. Every night that I use Sera Relief CBD Gummies I wake up and have more energy then ever before. I can't believe it."



### Michael J. Fox

"The advances Eastwood has made in the CBD industry are remarkable. I wouldn't believe it if I hadn't had the chance to try it out for myself. After using Sera Relief CBD Gummies for two weeks I was already feeling like a new me."



Mariane from Chicago, US ordered:
Sera Relief CBD Gummies Bottle - 8 seconds ago

333 people are reading this report right now  x

27

### Garth Brooks

"It's hard to believe, but all my chronic pain has vanished! After a few weeks of using Sera Relief CBD Gummies I was able to stop taking all over the counter and prescription medications."

## Try It For Yourself!

While Sera Relief CBD Gummies is selling out around the world, Eastwood didn't want our readers to miss out on experiencing the benefits of Sera Relief CBD Gummies for themselves.

As such, Eastwood is offering our lucky readers the chance to try Sera Relief CBD Gummies! There's no need to rush out to the shops or wait in line. You can order your special bottle of the supplement right now from the comfort of your own home.

If you want to finally be free from aches and pains while fostering a much happier mood, make sure you use Sera Relief CBD Gummies every day. This product is designed to give you incredible results.

Because of the high demand of Sera Relief CBD Gummies, Eastwood can only offer a limited amount of special bottles so you'll need to act quickly to take advantage of this amazing offer.



**UPDATE:** **ONLY 6 SPECIAL BOTTLES STILL AVAILABLE.** Promotion expected to end: **Wednesday, May 6, 2020**

**CLAIM YOUR SPECIAL BOTTLE!**

## COMMENTS


**Tarah Smith**
I keep see this everywhere - has anyone tried it yet? Looking for Results? Let me know!
Reply . 13 . Like . 12 minutes ago


**Maria Gonzales**
Im so serious... I´ve been 1 months using this product and the results are really amazing. Highly recommend!
Reply . 14 . Like . 16 minutes ago



Mariane from Chicago, US ordered:
**Sera Relief CBD Gummies Bottle - 8 seconds ago**

...se with an offer like this...glad I gave it a shot

333 people are reading this report right now   x


**Adisson Lewis**
I just claimed my samples. Thanks!
Reply . 13 . Like . 12 minutes ago


**Harrison Ferris**
I had a girl of mine (medical-practitioner) read through the studies, she was pretty shocked at how legit they were. I tried this, couldn't believe how fast I started seeing results
Reply . 13 . Like . 12 minutes ago


**Anthony Jack**
damn! I keep seeing reports about this product. they were initially sold-out when I first tried to get it. finally re-opened it back to the public!
Reply . 13 . Like . 12 minutes ago


**Kathrin Daryn**
I love the I'm going to give these products a chance to work their magic on me. I've tried everything out there and so far nothing has been good enough to help me.
Reply . 14 . Like . 16 minutes ago


**Cathryn Lane**
worked for me! I worked just like I thought it would. It was easy enough and I just want others to know when something works.
Reply . 2 . Like . 1 hour ago


**Christina Davis**
Thanks for the info, just started mine.
Reply . 13 . Like . 12 minutes ago

     


Mariane from Chicago, US ordered:
**Sera Relief CBD Gummies Bottle - 8 seconds ago**

333 people are reading this report right now    x

29