# EXHIBIT 3



clint eastwood cbd



- All
- News
- Shopping
- Images
- Videos
- More

Settings  Tools

About 12,100,000 results (0.29 seconds)

entergroup.org › css › index.php › clint-eastwood-cbd-...
### Clint eastwood cbd products - Organic CBD&Kratom
**Clint eastwood cbd** products - Guaranteed Anonymity. Discount Every Buyer. We have over 800.000 satisfied customers. We deliver orders to 135 Countries.

go.ushealthynews.com › ...
### Big Pharma In Outrage Over Clint Eastwood's CBD
Entertainment Today.

houseofoilworx.com › louisiana › eastwood-cbd-oil
### Eastwood CBD Oil | House of Oilworx
**Eastwood CBD** Oil FROM OUR HOUSE TO YOURS. Relief from pain and other symptoms using our phytocannabinoid rich hemp oil products. Please enter your ...

www.facebook.com › permalink
### Clint Eastwood and Morgan Freeman using CBD... - Facebook
**Clint Eastwood** and Morgan Freeman using **CBD** https://ill-fatedpaper.com/amassed-a-domestic/

www.pinterest.com › pin
### Big Pharma In Outrage Over Clint Eastwood's CBD in 2020 ...
Jan 28, 2020 - Big Pharma In Outrage Over **Clint Eastwood's CBD**. ... In Outrage Over **Clint Eastwood's CBD** Famous Stars, Important People, Clint Eastwood.

www.pinterest.com › pin
### Clint Eastwood reportedly living with an employee - Pinterest
2014-jul-11 - **Clint Eastwood** has found love again. ... or Ensemble Effect Known Instances of the Entourage Effect in Cannabis While the effect of **CBD** on THC is ...

ceskymediator.cz › clint-eastwood-cbd-products
### Clint eastwood cbd products | Český mediátor
Swinging the lungs from early-stage ovarian cancer in cbf is **clint eastwood cbd** products cbd-rich cannabis cultivators measure. Encorafenib and growth stores ...

jameslockettrepairs.blogspot.com › 2017/10 › for-past-...
### For The Past 5 Years, Clint Eastwood Did What The FDA Won't
Oct 24, 2017 - After being diagnosed with dementia in 2012, **Clint Eastwood** set out to ... inquiring about the new miracle product called Cannabinoid or **CBD**, ...

www.newsmax.com › thewire › 2018/07/25
### Clint Eastwood Sues, Claims He Was Swindled Out of Medical ...
Jul 25, 2018 - **Clint Eastwood** has been a longtime investor in free radical pathology, not many people probably knew until Tuesday when he sued the maker ...

rtpr.com › 10-best-western-actors › clint-eastwood
### Clint Eastwood | Real Time Pain Relief
Pale Rider, Unforgiven, Fistful of Dollars, The Good, the Bad, and the Ugly; you probably can't think of a bad Western movie when it comes to **Clint Eastwood**.

Ad · www.topicalbuyerreviews.com/ ▼
### 2020's Top 10 CBD Topicals - 100% Money Back Guarantee

Google

clint eastwood cbd

Team. Steps: Examine Scientific Research, Analyze Verified Reviews.

## Searches related to clint eastwood cbd

clint eastwood **products**

**euphoric** cbd **gummies**

**what is the name of** clint **eastwood's** cbd **company**

clint eastwood **bionatrol** cbd

**euphoric** cbd

**sonoma valley** cbd **oil**

cbd **oil**

**best** cbd **oil**

1 2 3 4 5 6 7 8 9 10 Next

**91423, Los Angeles, CA** - From your Internet address - Use precise location - Learn more

Help Send feedback Privacy Terms

