UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-06503-RGK-JDE | Date | August 19, 2020 |
|---|---|---|---|
| Title | *Clint Eastwood et al v. Sera Labs, Inc. et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:**    **(IN CHAMBERS) Order Re: Preliminary Injunction**

### I. INTRODUCTION

On July 22, 2020, Clint Eastwood and Garrapata, LLC (collectively, "Plaintiffs") filed a complaint against Sera Labs, Inc. ("Sera"), Greendios (dba "Euphoric"), and For Our Vets, LLC (dba "Patriot Supreme") (collectively, "Defendants") alleging (1) violation of California Civil Code Section 3344, (2) violation of the common law right of publicity, (3) false endorsement under the Lanham Act, (4) trademark infringement under the Lanham Act, (5) common law trademark infringement, (6) defamation, and (7) false light invasion of privacy.

Specifically, Plaintiffs allege that Defendants made unlicensed use of Mr. Eastwood's name, likeness and persona to promote Cannabidiol (CBD) products, including through email marketing and publication of a fraudulent news article.

On July 28, 2020, this Court granted Plaintiffs' request for a temporary restraining order ("TRO") enjoining Euphoric and Patriot Supreme from using Clint Eastwood's name, likeness, or persona to promote or sell CBD products, and from disseminating further statements that he is in the business of manufacturing, distributing, or selling CBD products. (ECF No. 15.) As described in that order, the Court found it unnecessary to enjoin any conduct by Sera based on its representation that it had already taken all necessary steps to halt the alleged unlawful activity.

The Court ordered the Defendants to show cause in writing why a preliminary injunction should not issue on the same terms described in its TRO. Although not subject to the TRO, Sera Labs filed a response on August 4, 2020. As neither Euphoric nor Patriot Supreme made any response to that order to show cause, however, the Court **GRANTS** Plaintiff's request for a preliminary injunction for the same reasons set forth in its previous Order. (ECF No. 15.) The terms of the preliminary injunction are identical to those of the previously issued TRO and are restated here as follows:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-06503-RGK-JDE | Date | August 19, 2020 |
|---|---|---|---|
| Title | *Clint Eastwood et al v. Sera Labs, Inc. et al* | | |

Greendios (dba Euphoric), and For Our Vets, LLC (dba Patriot Supreme), and their officers, agents, employees, representatives and all persons acting in concert or participating with them, are restrained and enjoined from (1) engaging in or performing directly or indirectly the use of Clint Eastwood's name, likeness, and persona to promote and sell CBD products, and (2) disseminating false and defamatory statements that Mr. Eastwood is in the business of manufacturing, distributing, or selling CBD products.

Plaintiffs shall serve a copy of this Order on all Defendants within **one day** of its issuance.

**IT IS SO ORDERED.**

Initials of Preparer