Jordan Susman, Esq. (SBN 246116)
jsusman@nolanheimann.com
Margo Arnold, Esq. (SBN 278288)
marnold@nolanheimann.com
NOLAN HEIMANN LLP
16133 Ventura Boulevard, Suite 820
Encino, California 91436
Telephone: (818) 574-5710
Facsimile: (818) 574-5689

Attorneys for Plaintiffs Clint Eastwood
and Garrapata, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT EASTWOOD, an individual; GARRAPATA, LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> SERA LABS, INC., a Delaware corporation; GREENDIOS dba EUPHORIC, a California corporation; FOR OUR VETS, LLC dba PATRIOT SUPREME, an Arizona limited liability company; DOES 1-30, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-06503-RGK-JDE <br><br> **NOTICE RE STIPULATION RE PANEL MEDIATOR** |

-1-

NOTICE RE SELECTION OF PANEL MEDIATOR

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE** that:

On January 6, 2021, the Court referred this matter to the Court Mediation Panel (the "Referral Order"). [Dkt. 41]. The Referral Order states: "Within twenty-one (21) days, plaintiff shall obtain the consent of a neutral on the Court Mediation Panel who will conduct the mediation and shall file Form ADR-2, Stipulation Regarding Selection of Panel Mediator."

Currently pending before the Court is Plaintiffs Motion for leave to File a First Amended Complaint. [Dkt. 38]. As explained therein, all of the named defendants in the matter have been dismissed, or will be dismissed, upon the filing of the First Amended Complaint. In addition, Plaintiffs have been unable to serve the Summons and Complaint upon the remaining named defendants in the action. Upon the filing of the First Amended Complaint, a new defendant shall be named.

In accordance with the Referral Order, Plaintiffs have obtained the consent of a neutral to conduct the mediation in this matter.

Based on the foregoing, Plaintiffs have filed concurrent herewith Form ADR-2, which is only signed by Plaintiffs.

Dated: January 21, 2021

NOLAN HEIMANN LLP

By: _____
Jordan Susman
Attorneys for Plaintiffs
Clint Eastwood
and Garrapata, LLC