Jordan Susman, Esq. (SBN 246116)
jsusman@nolanheimann.com
Margo Arnold, Esq. (SBN 278288)
marnold@nolanheimann.com
NOLAN HEIMANN LLP
16133 Ventura Boulevard, Suite 820
Encino, California 91436
Telephone: (818) 574-5710
Facsimile: (818) 574-5689

Attorneys for Plaintiffs Clint Eastwood
and Garrapata, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT EASTWOOD, an individual; GARRAPATA, LLC, a California limited liability company,<br><br>             Plaintiffs,<br><br>     vs.<br><br>MEDIATONAS UAB, a Lithuanian private limited company DOES 2-30, inclusive,<br><br>             Defendants. | Case No.: 2:20-cv-06503-RGK-JDE<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT, PERMANENT INJUNCTION, AND OTHER EQUITABLE RELIEF AGAINST DEFENDANT MEDIATONAS**<br><br>Date: June 7, 2021<br>Time: 9:00 a.m.<br>Place: Roybal Federal Building<br>        and U.S. Courthouse<br>        255 East Temple Street<br>        Courtroom 850, 8th Floor<br>        Los Angeles, California 90012 |

PLEASE TAKE NOTICE THAT on June 7, 2021 at 9:00 a.m. or as soon thereafter as this matter may be heard by the above-entitled Court, located at Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Courtroom 850, 8th Floor. plaintiffs Clint Eastwood and Garrapata, LLC (collectively, "Plaintiffs") will move pursuant to Federal Rule of Civil Procedure 55(b), for an order of final judgment by default against Defendant Mediatonas UAB ("Mediatonas").

This Motion for Default Judgment is based upon the Memorandum in Support of the Motion, the Declarations of Clint Eastwood, Howard Bernstein, Jordan Susman, and Jake Kaufman and the attachments to those declarations. Plaintiffs also submit herewith a proposed order granting the requested relief. To date, Mediatonas has not pleaded, answered, or otherwise defended the action.

It is well established that the entry of default itself establishes defendant's liability. Upon default, the well-pleaded allegations of the complaint relating to liability are taken as true (but not allegations as to the amount of damages). *Quincy Bioscience, LLC v. Ellishbooks*, 957 F.3d 725, 729 & fn. 25 (7th Cir. 2020). In fact, it is improper for the court to consider liability issues if it does not first give notice to plaintiff that the merits will be addressed. *Black v. Lane*, 22 F.3d 1395, 1398 (7th Cir. 1994); *Ramos-Falcon v. Autoridad de Energia Electrica*, 301 F.3d 1, 3 (1st Cir. 2002). Because Mediatonas' liability is not at issue, Plaintiffs will present proof of the following matters:

1. Mediatonas is not a minor or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and

2. Mediatonas has not appeared in this action;

3. Notice of this Motion was served on Mediatonas on May 7, 2021, by email, as required by Local Rule 55-1 and this Court's order dated February 19, 2021. [Dkt 52].

4. Plaintiffs are entitled to judgment against Mediatonas on the claims pleaded in the complaint.

5. Plaintiffs are entitled to their attorneys' fees and costs.

6. Plaintiffs are entitled to permanent injunctive relief against Mediatonas.

7. The amount of judgment sought is at least $22 million as set forth in the attached Memorandum and supporting declarations.

Dated: May 7, 2021

NOLAN HEIMANN LLP

By: _____
Jordan Susman
Attorneys for Plaintiffs
Clint Eastwood
and Garrapata, LLC