Jordan Susman, Esq. (SBN 246116)
jsusman@nolanheimann.com
Margo Arnold, Esq. (SBN 278288)
marnold@nolanheimann.com
NOLAN HEIMANN LLP
16133 Ventura Boulevard, Suite 820
Encino, California 91436
Telephone: (818) 574-5710
Facsimile: (818) 574-5689

Attorneys for Plaintiffs Clint Eastwood
and Garrapata, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT EASTWOOD, an individual; GARRAPATA, LLC, a California limited liability company,<br><br>              Plaintiffs,<br><br>    vs.<br><br>MEDIATONAS UAB, a Lithuanian private limited company DOES 2-30, inclusive,<br><br>              Defendants. | Case No.: 2:20-cv-06503-RGK-JDE<br><br>**DECLARATION OF CLINT EASTWOOD IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT MEDIATONAS**<br><br>Date: June 7, 2021<br>Time: 9:00 a.m.<br>Place: Roybal Federal Building<br>        and U.S. Courthouse<br>        255 East Temple Street<br>        Courtroom 850, 8th Floor<br>        Los Angeles, California 90012 |

DECLARATION

I, Clint Eastwood, declare:

1. I have personal knowledge of the facts in this declaration, and if called as a witness, I would testify competently to these facts.

2. I have assigned to Garrapata, LLC all rights of publicity in my name, image, likeness, and persona for all purposes, other than those related to the promotion and exploitation of the motion pictures I make. I have never licensed my name, persona, or likeness for the promotion or sale of CBD products.

3. I do not use CBD products. I do not attribute my health and/or successful career to the use of CBD products. I have not developed nor announced a line of CBD products. I never claimed that making or distributing CBD products would be the next step in my career. I have no plans to step away from my career in the entertainment industry. I did not start a purported CBD business in 2015, or at any time, as a passion project. No film studio has expressed any anger or displeasure with me for spending time making CBD products, as I have no involvement in the manufacture, distribution or selling of any CBD products. No film studios ever gave me an ultimatum of any kind related to work I am purportedly doing with CBD products, because I have no involvement in the manufacture, distribution or selling of any CBD products. No pharmaceutical company has expressed any anger or displeasure with me for spending time making CBD products, as I have no involvement in the manufacture, distribution or selling of any CBD products. I have never provided any CBD products to other persons. I have no connection of any kind to the online sale (or any sale) of CBD products.

4. Through my work as an actor, director, and producer for more than 65 years, and through my civil service, including service in the U.S. Army and as the elected Mayor of Carmel-by-the-Sea, I believe I have earned a reputation for hard work, integrity, honesty, and public service. These are some of my core values.

DECLARATION

5. With the exception of a special Super Bowl television commercial in 2012 ("Halftime in America") themed around America's resilience and recovery from the Great Recession, I have not endorsed or lent my name or image to any third party products. Halftime in America was not intended to sell cars but to be a message about job growth and the spirit of America. As such, I donated my fee for the commercial to charity. I believe that Halftime in America was consistent with my values and reputation.

6. In or about Spring of 2020, when I first saw a copy of the defamatory "article" that is the basis for this lawsuit, I was shocked and angry because of my strong opposition to lending my name to ads or endorsements. These feelings grew because the fraudulent "article" spread vicious lies about me professionally, and its dissemination through email spam was unseemly. I am aware that my representatives received inquiries from people asking if the false statements in the fraudulent "article" were true, and whether I was leaving my career as a filmmaker. Put simply, the defamatory "article" is garbage, and it has caused me emotional distress and caused lasting damage to my reputation and the goodwill I have built over my life and career. It further angers to know that the defamatory "article" continues to circulate on the internet and will be seen by my friends, family, and people I work with long after this lawsuit is complete.

7. I am aware that there are many internet scams that illegally profit off the names and likenesses of celebrities. It was important for me to bring this lawsuit to vindicate my name and reputation, and to forcefully put an end to people illegally profiting off my name and goodwill.

8. The damages I have requested are reasonable and necessary to compensate me for the value of Mediatonas' use of my name and likeness, to compensate me for the harm done to my reputation, and to punish Mediatonas and deter it from engaging in illegal actions in the future.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of May 2021.

_____
Clint Eastwood