UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-06503-RGK-JDE | Date | July 30, 2021 |
|---|---|---|---|
| Title | Clint Eastwood et al v. Sera Labs, Inc. et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:**   **(IN CHAMBERS) ORDER**

On June 23, 2021, the Court denied without prejudice plaintiffs' Motion for Default Judgment against defendant Mediatonas UAB. Plaintiffs shall file a renewed motion for default judgment on or before August 13, 2021 or show cause in writing why the matter should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

:

Initials of Preparer   sw